UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:14 CR 100 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER R. GAMBICKI, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On December 13, 2019, the above-captioned case was referred to Magistrate Judge David A. Ruiz to conduct the appropriate proceedings, and to prepare a Report and Recommendation regarding the violation report submitted to the court.

On December 19, 2019, the Defendant, represented by Assistant Federal Public Defender Carolyn Kucharski, appeared before Magistrate Judge Ruiz for a violation hearing. The Defendant admitted to the violations as charged in the report dated August 16, 2019. Magistrate Judge Ruiz issued a Report and Recommendation, (ECF No. 81), to this court finding that the Defendant has violated the terms and conditions of his supervised release. The court has reviewed the Magistrate's Report and Recommendation and finds that it is well supported. Consequently, the court hereby adopts said recommendation as its own. Defendant was ordered detained by the Magistrate Judge pending a final revocation hearing before this court.

The court held a sentencing hearing on February 7, 2020, during which Defendant also admitted the violations as charged in the August 16, 2020 superseding violation report. As a result, the court finds that the Defendant has violated the terms of his supervised release.

The court, having considered the factors for sentencing listed in 18 U.S.C. § 3553(a) on the open record, hereby orders that the Defendant's supervised release is revoked and Defendant is sentenced to a period of custody of the Bureau of Prisons for up to 30 days from the date of this Order. A three year term of supervised release shall follow, with the same terms and conditions previously imposed, with the additional condition that Defendant serve the first part of his supervised release at a half-way house for up to one year. He shall be placed in a half-way house as soon as practicable. The court orders that the half-way house subsistence fee shall be waived. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 7, 2020